IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

RODNEY T. HYSMITH, #139 774        *

    Plaintiff,        *

    v.        * CIVIL ACTION NO. 02:04-CV-630-F
                                 (WO)

SGT. CHRIS ZEIGLER        *

    Defendant.        *

_____


**RECOMMENDATION OF THE MAGISTRATE JUDGE**

    This 42 U.S.C. § 1983 action was filed by Plaintiff on June 28, 2004. On July 21, 2004 the court entered an order of procedure which instructed Plaintiff, among other things, to inform the court of any change in his address as all parties have an affirmative duty to inform this court of any address changes during the pendency of their actions. (Doc. No. 6.)        The court recently ascertained that Plaintiff is no longer housed at the State Cattle Ranch which is the last known address the court has on file for Plaintiff Consequently, an order was entered on September 29, 2005 directing Plaintiff to inform the court of his present address.  (Doc. No. 31.)  Plaintiff was cautioned that his failure to comply with the court's September 29 order would result in a recommendation that this case be dismissed.  (*Id*.)

    Plaintiff has filed nothing in response to the court's September 29 order and the time for doing so has now expired.   The undersigned, therefore, concludes that dismissal of the complaint is appropriate.

    Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be

DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **October 31, 2005**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 17th day of October 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE