IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY T. HYSMITH, #139774 ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:04-CV-630-F |
| ) | WO |
| SGT. CHRIS ZEIGLER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On October 17, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for the plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

Done this the 17th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE